UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-320-MOC-DSC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DAMARIUS DERRON MASSEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's *pro se* Letter Requesting Return of Property, which the Court will construe as a pro se motion. (#28). The court notes that defendant is still represented by court-appointed counsel in this matter. Under L.Cr.R. 41.7(h), the Court typically does not entertain *pro se* motions by parties who are already ably represented by counsel. Defendant is encouraged to consult with his counsel about filing any appropriate motions on his behalf, and the Court will gladly hear any motion defendant's counsel makes on his behalf. Having thus considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that, to the extent it is treated as a motion, defendant's *pro se* Letter Requesting Return of Property (#28) is **DENIED without prejudice**.

Signed: September 3, 2019

Max O. Cogburn Jr
United States District Judge